Wesley SUMMERS, Appellant,

v.

BOARD OF ZONING ADJUSTMENT, Lafayette County Commission, and Joan Fahrmeier, in her Official Capacity as Zoning Administrator of Lafayette County, Respondents.

No. WD 70577.

Missouri Court of Appeals, Western District.

Jan. 19, 2010.

J. Armin Rust, Richmond, MO, for Appellant.

Kellie Wingate Ritchie, Prosecuting Attorney, Kristen L. Jennings, Assistant Prosecuting Attorney, Lexington, MO, for Respondents.

Before Division III: JAMES E. WELSH, P.J., and MARK D. PFEIFFER and KAREN KING MITCHELL, JJ.

**Order**

PER CURIAM.

Wesley Summers appeals from the decision of the Lafayette County Zoning and Planning Board ("Board"), which found that Summers had violated the Lafayette County Zoning Regulations. We hold that the Board's Order was supported by substantial evidence on the whole record, and we therefore affirm. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Jeremy S. RUSSELL, Appellant.

No. WD 70530.

Missouri Court of Appeals, Western District.

Jan. 19, 2010.

Alexa I. Pearson, Assistant State Public Defender, Columbia, MO, for Appellant.

Chris Koster, Attorney General, Jamie Pamela Rasmussen, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division III: JAMES E. WELSH, Presiding Judge, and MARK D. PFEIFFER and KAREN KING MITCHELL, Judges.

**Order**

PER CURIAM.

Jeremy S. Russell appeals the trial court's judgment convicting him, after a jury trial, of two counts of first-degree statutory rape in violation of section 566.032 and six counts of statutory sodomy in violation of section 566.062. On appeal, he presents two points. We affirm in this *per curiam* order issued pursuant to Rule 30.25(b).